Sealed
Public and unofficial staff access
to this instrument is
prohibited by court order.

USA-74-24B (Rev. 05/01)

UN-SEALED PER *Order*

**CRIMINAL DOCKET**

SEALED

H-09-342

HOUSTON DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 8 2009

Michael N. Milby, Clerk

USAO Number: 2008R16977
Magistrate Number:

CRIMINAL INDICTMENT       Filed                Judge: *Hittner*

UNITED STATES of AMERICA

vs.

ATTORNEYS:

TIM JOHNSON, USA         (713) 567-9000

Gregg Costa, AUSA        (713) 567-9345

|  | Appt'd | Private |
|---|---|---|
| ROBERT ALLEN STANFORD (1-21) | ☐ | ☐ |
| a/k/a Sir Allen Stanford | ☐ | ☐ |
| a/k/a Allen Stanford | ☐ | ☐ |
| LAURA PENDERGEST-HOLT (1-21) | ☐ | ☐ |
| a/k/a Laura Pendergest | ☐ | ☐ |
| a/k/a Laura Holt | ☐ | ☐ |
| GILBERTO LOPEZ (1-18, 21) | ☐ | ☐ |
| MARK KUHRT (1-18, 21) | ☐ | ☐ |
| LEROY KING (1-21) | ☐ | ☐ |

Count 1: Conspiracy to Commit Mail, Wire and Securities Fraud [18 USC § 371]

Counts 2-8: Wire Fraud [18 USC § 1343]

Counts 9-18: Mail Fraud [18 USC § 1341]

Count 19: Conspiracy to Obstruct an SEC Proceeding [18 USC § 371]

Count 20: Obstruction of SEC Proceeding [18 USC § 1505]

Count 21: Conspiracy to Commit Money Laundering [18 USC § 1956(h)]

**CHARGE:**
(TOTAL)
(COUNTS:)
( 21 )

**PENALTY:**

Count 1: Up to five years imprisonment and/or a fine of up to $250,000, three years s/r, $100 s/a
Counts 2 - 8: Up to twenty years imprisonment and/or a fine of up to $250,000, three years s/r, $100 s/a
Counts 9-18: Up to twenty years imprisonment and/or a fine of up to $250,000, three years s/r, $100 s/a
Count 19: Up to five years imprisonment and/or a fine of up to $250,000, three years s/r, $100 s/a
Count 20: Up to five years imprisonment and/or a fine of up to $250,000, three years s/r, $100 s/a
Count 21: Up to twenty years imprisonment and/or a fine of up to $500,000 or twice the value of the funds involved, three years s/r, $100 s/a

☐ In Jail

**NAME & ADDRESS of Surety:**

☐ On Bond

☐ No Arrest

**PROCEEDINGS:**