UN-SEALED PER ORDER

Sealed
Public and unofficial staff access to this instrument are prohibited by court order.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 8 2009

Michael N. Milby, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § § § § § § § § | Cr. No. H-09-342 <br><br> UNDER SEAL |
| v. | | |
| ROBERT ALLEN STANFORD <br>    a/k/a Sir Allen Stanford <br>    a/k/a Allen Stanford, <br> LAURA PENDERGEST-HOLT <br>    a/k/a Laura Pendergest <br>    a/k/a Laura Holt, <br> GILBERTO LOPEZ, <br> MARK KUHRT <br>    and <br> LEROY KING, <br><br>         Defendants. | | |

## MOTION TO SEAL

The United States requests that the Court seal (i) the Indictment, (ii) related documents such as the warrants and summons, (iii) the Notice of Related Cases, (iv) this Motion to Seal and (v) any Order to Seal, until the arrest of the first defendant. Most of the defendants have significant contacts with foreign countries. Sealing the

indictment is therefore necessary in order to protect the government's investigation and prevent the risk of a defendant fleeing this jurisdiction upon learning that he has been charged.

                                Respectfully submitted,
                                TIM JOHNSON
                                United States Attorney

BY: _____
                                GREGG COSTA
                                Assistant United States Attorney

                                STEVEN A. TYRRELL
                                Chief
                                Fraud Section, Criminal Division
                                U.S. Department of Justice

BY: _____
                                PAUL E. PELLETIER
                                Principal Deputy Chief
                                JACK B. PATRICK
                                Senior Litigation Counsel
                                MATTHEW KLECKA
                                Trial Attorney
                                U.S. Department of Justice
                                Fraud Section, Criminal Division