**UN-SEALED PER** Order

Sealed
Public and unofficial staff access to this instrument are prohibited by court order.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 8 2009

Michael N. Milby, Clerk

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | Cr. No H - 09 - 342 |
| | § | |
| ROBERT ALLEN STANFORD | § | UNDER SEAL |
| a/k/a Sir Allen Stanford | § | |
| a/k/a Allen Stanford, | § | |
| LAURA PENDERGEST-HOLT | § | |
| a/k/a Laura Pendergest | § | |
| a/k/a Laura Holt, | § | |
| GILBERTO LOPEZ, | § | |
| MARK KUHRT | § | |
| and | § | |
| LEROY KING, | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF RELATED CASES

The United States of America hereby gives notice to the Court and defense counsel that two related cases are currently pending in the Southern District of Texas. The indictment in *United States v. Laura Pendergest-Holt*, Criminal No. H-09-250, which was returned on May 12, 2009, alleges one count of conspiracy to obstruct an SEC proceeding and one substantive count of obstructing an SEC proceeding. The allegations in those counts are subsumed in Counts Nineteen and Twenty of the

1

indictment in this case which allege obstruction involving a broader time period and additional conduct.

The information in *United States v. James Davis*, Criminal No. H-09-335, which was filed on June 18, 2009, alleges one count of conspiracy to commit wire, mail and securities fraud; one count of mail fraud; and one count of conspiracy to obstruct an SEC proceeding. The fraud and obstruction allegations against Davis, who is named as an unindicted co-conspirator in this indictment, are essentially the same as the fraud allegations in this case.

Respectfully submitted,

TIM JOHNSON
United States Attorney

GREGG COSTA
Assistant United States Attorney

STEVEN A. TYRRELL
Chief
Fraud Section, Criminal Division
U.S. Department of Justice

PAUL E. PELLETIER
Principal Deputy Chief
JACK B. PATRICK
Senior Litigation Counsel
MATTHEW KLECKA
Trial Attorney
Fraud Section, Criminal Division