# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 9 2009

Michael N. Milby, Clerk

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Cr. No.** |
| | § | **H-09- 342** |
| **ROBERT ALLEN STANFORD** | § | |
| **a/k/a Sir Allen Stanford** | § | |
| **a/k/a Allen Stanford,** | § | |
| **LAURA PENDERGEST-HOLT** | § | |
| **a/k/a Laura Pendergest** | § | |
| **a/k/a Laura Holt,** | § | |
| **GILBERTO LOPEZ,** | § | |
| **MARK KUHRT** | § | |
| **and** | § | |
| **LEROY KING,** | § | |
| | § | |
| **Defendants.** | § | |

## MOTION TO UNSEAL

The Order sealing this case stated that the Indictment would be unsealed upon the arrest of the first defendant. Three defendants have now been arrested. The United States therefore requests that the Indictment and other filings be unsealed.

Respectfully submitted,

TIM JOHNSON
United States Attorney

BY:

GREGG COSTA
Assistant United States Attorney