**COURTROOM MINUTES:**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
6-25-09
BY DEPUTY _____, CLERK

2:00 - 5:50

The Honorable Frances H. Stacy, Presiding
Deputy Clerk: Beverly White
Interpreter _Arent_ ERO _D Hasson_
USPT/USPO _Mearns_
OPEN 11:27 ADJOURN 12:50
☐ OTHER DISTRICT  ☐ DIVISION     THEIR CASE# _____

**PROCEEDING HELD:**
☐ Initial Appearance    ☐ Counsel Determination Hearing    ☐ Status Hearing
☐ Bond Hearing          ☐ Identity                          ☐ Hearing Continued on_____
☑ Detention Hearing     ☐ Preliminary Hearing               ☐ Other_____

CASE NUMBER CR H- _09-342_

USA VS. _Robert Allen Stanford_

AUSA _Gregg Costa, Matthew Klecha, Paul Pelletier, Jack B. Patrick, Dick DeGuerin & Dan Buckley (R)_

☐ Date of arrest _____    ☐ Rule 5
☐ Defendant's first appearance, Advised of rights/charges on: ☐ Indictment /Complaint ☐ Information ☐ Superceding
                                    Violation of ☐ Supervised Release ☐ PTS
☑ Defendant ☐ Material Witness appeared   ☑ with ☐ without counsel

☐ Defendant requests appointed counsel.      ☐ Financial Affidavit executed and sworn.
☐ Order appointing Federal Public Defender   ☐ Order appointing private counsel to follow.
☐ Order of partial reimbursement to follow.  ☐ Oral order, Defendant to Reimburse CJA fund $_____
☐ Defendant advises that he will retain private counsel. _____
☑ Defendant _500,000.00_ bond set ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $ _100,000.00_ Deposit
☐ Defendant _____ bond set ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $ _____ Deposit
☐ Defendant _____ bond set ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $ _____ Deposit
☑ Surety signatures required as to Defendant(s) _4 Sureties_
☐ Defendant(s) _____ advised of conditions of release
☐ BOND EXECUTED and Defendant _____ Released
☐ No bond set at this time. 10 day Detention Order entered, as to Defendant(s)_____
☐ Order of Temporary Detention Pending Hearing entered as to Defendant(s)_____
☐ Order of Detention Pending Trial entered as to Defendant(s)_____.
☐ Bond revoked          ☐ Bond reinstated    ☐ Bond Continued
☑ Defendant _____ remanded to custody   ☐ M/W remanded to custody
☐ Defendant Ordered Removed to Originating District

Defendant _____ Waiver of ☐ Preliminary ☐ Identity ☐ Detention Hrg ☐ Detention Hrg this District
☐ Court finds: ☐ Probable Cause    ☐ Identity

☑ Defendant(s) _____ is/are scheduled on _____ at _____ for:
    ☑ Arraignment _now_  ☐ Counsel Determination Hearing    ☐ Identity Hearing
    ☐ Detention Hearing   ☐ Preliminary Hearing              ☐ Final Revocation Hearing

- Motion to stay for a hearing requested.
- Exhibits will be given.
- Bond given and not fully executed.