MAGISTRATE JUDGE  FRANCES H. STACY
CASE MANAGER  BEVERLY WHITE           TAPE ERO  M Hasan
USPS / USPO  C. Moore              INTERPRETER  none
TIME  11:07 (begin)  11:18 (end) A.M.      ___ begin ___ end P.M.         DATE  6-25-09

CR. NO. CR-H-09-342         USDJ  Bittner

UNITED STATES OF AMERICA
vs.                                      Gregg Costa, AUSA

| Deft. No. | Deft. Name |
|---|---|
| 1 | Robert Allen Stanford — Dick DeGuerin & Sean Buckley |
| 2 | Laura Pendergest-Holt — Dan Cogdill & Chris Flood |
| 3 | M. Brito Lopez — Jack Zimmerman & Glen Herring |
| 4 | Mark Kuhrt — Rich Kuniansky |

add'l defts on reverse side                         new atty info on reverse          Appt - A, Retd - R, FPD - F

## ARRAIGNMENT

[✓] ...Arraignment held.      [ ] Arraignment held on superseding indictment.      [ ] Arraignment not held.
[ ] ...Deft_____ first appearance with counsel.      [ ] Deft_____ appeared without counsel.
[ ] ...Deft_____ Waiver of Indictment executed (for criminal information).
[✓] ...Deft_____ enters a plea of not guilty.      [ ] Deft_____ enters a plea of guilty.
[ ] ...Deft_____ plea of guilty probable; pro forma plea of not guilty entered.
[ ] ...Deft_____ rearraignment set _____ at _____ before Judge _____.
[ ] ...Waiver of Speedy Trial executed.
[✓] ...Scheduling Order  [✓] issued w/cc to parties.   [ ] to be mailed.   [ ] not issued.
[ ] ...Deft_____ Order for PSI setting Disclosure and Sentencing dates signed.   [ ] PSI waived.
[ ] ...Deft_____ sentencing set _____ at _____.
[ ] ...Deft_____ failed to appear, bench warrant to issue.
[ ] ...Deft_____ bond  [ ] set  [ ] reduced to $_____   [ ] Cash  [ ] Surety  [ ] 10%  [ ] PR.
[✓] ...Deft_____ bond continued. 2, 3, & 4
[ ] ...Deft_____ remanded to custody.
[ ] ...Deft_____ Nebbia Hearing held (conflict of interest).

OTHER PROCEEDINGS: Ms. Holt continued on previous bond. Deft 3 & 4 bail condition amended to travel throughout the State of Texas.
Dan Cogdill no longer represents Deft #3.

Copy to:   Case Manager for USDJ
           USPO (if PSI ordered)            see reverse