UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.     § | Crim. No. H-09-342 |
| § | |
| ROBERT ALLEN STANFORD § | |
| a/k/a Sir Allen Stanford § | |
| a/k/a Allen Stanford § | |

## ORDER

Having reviewed the United States's Motion for Stay Pending District Court's *De Novo* Review of Release Order, it is hereby ORDERED that the magistrate court's release order is STAYED and that defendant Stanford is ordered detained pending this court's ruling on a motion to revoke the release order.

It is further ORDERED that the United States shall file its motion for revocation of the release order by **9:00 A.M. on JUNE 29, 2009**. The United States shall also furnish the court with a transcript of the detention hearing held on June 25, 2009, as soon as it is available. A hearing on the motion for revocation is scheduled for **10:30 A.M. on JUNE 29, 2009**.

Signed on June **26**, 2009, in Houston, Texas.

*[signature]*
Honorable David Hittner
United States District Judge