IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America, | § | |
| Plaintiff(s), | § | |
| | § | |
| v. | § | CR NO. H-09-342 (01) |
| | § | |
| Robert Allen Stanford, | § | |
| | § | |
| Defendant(s). | § | |

## GOVERNMENT'S EXHIBITS

GX 21   E-mail dated 9/7/08

GX 26   Stanford Monthly Report for 2008.