| | **Hearing: Defense Exhibit List** | | |
|---|---|---|---|
| **Exhibit No.** | **Title** | **Offered** | **Entered** |
| 1 | *SEC v. Stanford*: Complaint (1) | | |
| 2 | *SEC*: TRO/Asset Freeze Order (8) | | |
| 3 | *SEC*: Order Appointing Receiver (10) | | |
| 4 | UK Order Freezing Assets | | |
| 5 | Antiguan Order Freezing Assets | | |
| 6 | *SEC*: Report of the Receiver (336) | | |
| 7 | Oppenheimer Press Release | | |
| 8 | *SEC:* Receiver's Motion for Approval of Interim Fee Application (384) | | |
| 9 | *SEC*: Joint Status Report on Antiguan Liquidator's Chapter 15 (417) | | |
| 10 | DeGuerin Letters to G. Costa | | |
| 11 | Invoices Attached to Receiver's Motion for Approval of Interim Fee Application (385) | | |
| 12 | Summary of Fees/Expenses from Receiver's Motion for Approval of Interim Fee Application (384) | | |
| 13 | Memorandum from D. Zinn to File, 2/19/2009 | | |
| 14 | C. McDaneil Financial Statement | | |