# APPENDIX C





This Passport contains 32 pages    Ce Passeport contient 32 pages
Este Pasaporte contiene 32 páginas

1.

# DIPLOMATIC PASSPORT
# PASSEPORT DIPLOMATIQUE
# PASAPORTE DIPLOMATICO

## ANTIGUA AND BARBUDA

No. of Passport
No. de Passeport     CD   0796
No. del Pasaporte

Name of Bearer       His Excellency Mr. Robert
Nom du Titulaire     Allen Stanford
Nombre del Titular

Accompanied by his Wife
(Maiden Name)
Accompagné de sa Femme
(Neé)
Acompañado de su Esposa
(Apellido de soltera)

and by        Children
et de         enfants
y de          niños

National Status
Nationalité
Nacionalidad  Citizen of Antigua and Barbuda

These are to request and require in the name of the Governor-General of Antigua and Barbuda all those whom it may concern to allow the bearer to pass freely without let or hindrance, and to afford the bearer such assistance and protection as may be necessary.

EACH ENDEAVOURING ALL ACHIEVING

2.

**DESCRIPTION** *SIGNALEMENT SEÑAS PERSONALES*

|  | Bearer-Titulaire-Titular | Wife-Femme-Esposa |
|---|---|---|
| Profession / Profession / Profesión | AMBASSADOR | |
| Place and date of birth / Lieu et date de naissance / Lugar y fecha de nacimiento | U.S.A  24 MARCH 1950 | |
| Residence / Résidence / Residencia | ANTIGUA W.I | |
| Height / Taille / Estatura | m. 6' 3½" cms. | m. ___ cms. |
| Distinguishing marks / Signes particuliers / Señas particulares | — | |

| CHILDREN | ENFANTS | NIÑOS |
|---|---|---|
| Name-Nom-Nombre | Date of Birth—Date de naissance / Fecha de nacimiento | Sex-Sexe-Sexo |

Usual signature of bearer / Signature du titulaire / Firma del titular _R. Allen Stanford_

Usual signature of wife / Signature de sa femme / Firma de su Esposa _____

3.

Bearer
Titulaire
Titular

Photo

Spouse
Epouse
Cónyuge

The bearer (and spouse, if included) should sign opposite on receipt

4.

**VALIDITY      VALIDITE      VALIDEZ**

This passport is valid for all countries unless otherwise endorsed (subject to any visa or other entry regulations of countries to be visited)

Ce passeport est valable pour tous pays, sauf mention spéciale (sous réserve des formalites de visas ou autres règlements d'entrée des divers pays)

Este pasaporte es válido para todos los países a menos que sea endosado (sujeto a cualquier visa u otras regulaciones de entrada de los países que van a ser visitados).

This passport expires     Ce passeport expire le     Este pasaporte termina

_2 MARCH 2005_

unless extended     à moins de prolongation     a menos que sea renovado

Issued at _____ Delivré à _____ Expedido en



Date     Date     Fecha

5.

**OBSERVATIONS**

This Passport is valid for travel abroad only while the bearer maintains the official status in respect of which the passport was issued



