# APPENDIX D

My name is Calvert Thomas. I am a citizen of Antigua. My date of birth is 10th January 1968. For five years I have been employed as the Manager for Stanford Aviation in Antigua and I've known Allen Stanford for five years.

Mr. Stanford often flew into Antigua and kept some personal possessions in his hangar at the airport, where I worked. For several years he has left his Antiguan passport in the hanger in care of me, which makes it easy to clear him in and out of Antigua (especially when he is in a hurry). As far as I know the Antiguan passport has only been used here in Antigua, and I understand Mr. Stanford has not been allowed to travel here since February of this year. On April 21st of this year I gave the passport and some other personal items which were delivered to me from Barbara Street to Mr. Stanford's friend David Le Boeuf so it could be delivered to Mr. Stanford's lawyers in the United States. Mr. Leboeuf had come to Antigua to attend his daughter's graduation from medical school, and said he would take the package of personal items, including the Antiguan passport, back to the United States.

I am making this statement of my own free will, upon request of Mr. Stanford's lawyers. It is the truth. I have not been threatened or promised anything to make this statement.

signed _____

Witnessed _____

Date  02 July 2009