# APPENDIX F

From: Maldonado, Patricia
Sent: Wednesday, September 15, 2004 8:03 PM
To: Groves, Denise; Patlan, Tarrie
Subject: FW: Cash Update 2004-09-10 a.m.

fyi

-----Original Message-----
From: Davis, James
Sent: Friday, September 10, 2004 4:49 PM
To: Maldonado, Patricia
Cc: Stanford, Allen
Subject: RE: Cash Update 2004-09-10 a.m.


Make sure a total of 50mm goes out next week.

-----Original Message-----
From: Maldonado, Patricia
Sent: Friday, September 10, 2004 4:38 PM
To: Davis, James
Cc: Sheppard, Heather; Patlan, Tarrie; Groves, Denise
Subject: RE: Cash Update 2004-09-10 a.m.

Mr. D,
We will only have a 10MM short-term maturing next week (9/14) plus our overnight (currently at 10.9MM) at TD. i.e. only 20MM will be available to wire out. We will have another 10MM maturing on 9/28. I could call on funds from our 10/15 and 11/02 maturities if it is imperative to have the $40MM to SG next week.

Here's our S-T schedule for quick reference:

| | | |
|---|---|---|
| 20.0MM | 1.590% | 08/13/2004-10/18/2004 |
| 20.0MM | 1.550% | 08/02/2004-11/02/2004 |
| 10.0MM | 1.200% | 07/16/2004-10/15/2004 |
| 10.0MM | 1.370% | 06/10/2004-09/14/2004 |
| 10.0MM | 1.500% | 06/25/2004-09/28/2004 |
| 10.0MM | 1.480% | 08/02/2004-10/01/2004 |
| | | |
| 10.9MM | 1.380% | 09/10/2004-09/13/2004 |

Please advise,

Patricia C. Maldonado
Treasury Manager
Stanford Financial Group



-----Original Message-----
From: Davis, James
Sent: Friday, September 10, 2004 3:44 PM
To: Maldonado, Patricia
Subject: RE: Cash Update 2004-09-10 a.m.


Yes.

-----Original Message-----
From: Maldonado, Patricia



GOVERNMENT EXHIBIT 7

```
Sent: Friday, September 10, 2004 3:38 PM
To: Davis, James
Cc: Stanford, Allen; Sheppard, Heather; Patlan, Tarrie; Groves, Denise
Subject: RE: Cash Update 2004-09-10 a.m.
```

Acknowledged. Will do. Final credit to SFG Ltd. account at SG 108.731.

Patricia C. Maldonado
Treasury Manager
Stanford Financial Group


```
-----Original Message-----
From: Davis, James
Sent: Friday, September 10, 2004 3:25 PM
To: Maldonado, Patricia
Cc: Stanford, Allen; Sheppard, Heather
Subject: RE: Cash Update 2004-09-10 a.m.
```

Patricia,

Execute wire transfers for value next week on the 15th, Wednesday, as follows:

Debit T/D for $40,000,000 and Debit RNB for $10,000,000 (Total of 50mm) and send to Societe de General (SG) to credit our 108.731 account with them.

Send the W/Ts to me for review and sign-off as usual.

Thanks,

Jim

```
-----Original Message-----
From: Maldonado, Patricia
Sent: Friday, September 10, 2004 12:54 PM
To: Davis, James; Stanford, Allen
Cc: Pendergest, Laura; Patlan, Tarrie; Groves, Denise
Subject: Cash Update 2004-09-10 a.m.
```