UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America, | § § | |
| V. | § § | C.R. ACTION NO: H-09-342 (01) |
| Robert Allen Stanford, | § § § | |
| Defendants. | § | |

ORDER

Pending before the Court is the Defendant Allen Stanford's Motion to Reconsider and/or Reopen the Court's Detention Order (Inst. # 59). Having considered the motion and the applicable law, the Court determines that the motion should be denied. Accordingly, the Court hereby

ORDERS that the Motion to Reconsider and/or Reopen the Court's Detention Order (Inst. # 59) is DENIED.

SIGNED this ___9___ day of July, 2009.

DAVID HITTNER
United States District Judge