IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS. | § | CR. NO. H-09-342 |
| | § | Hon. David Hittner |
| ROBERT ALLEN STANFORD | § | |

## NOTICE OF EXPEDITED APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to the Bail Reform Act, Allen Stanford hereby gives notice of appeal to the United States Court of Appeals for the Fifth Circuit, from the Order Denying Bail entered on June 30, 2009 and from the Order entered today July 9, 2009 denying Defendant Allen Stanford's Motion to Reconsider and/or Reopen the Court's Detention Order, and requests that the United States Court of Appeals issue an expedited briefing and submission schedule.

Respectfully submitted,

DEGUERIN & DICKSON

/s/ Dick DeGuerin

---

Dick DeGuerin
Texas State Bar No. 05638000
Sean Buckley
Texas State Bar No. 24006675
1018 Preston, 7th Floor
Houston, Texas 77002
P: 713/223-5959
F: 713/223-9231
   Lawyers for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this NOTICE OF EXPEDITED APPEAL has been filed via the ECF System on July 9, 2009.

/s/ Dick DeGuerin

---

Dick DeGuerin