IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>)<br>)<br>ROBERT ALLEN STANFORD, )<br>LAURA PENDERGEST-HOLT, )<br>GILBERT LOPEZ, )<br>MARK KUHRT, and )<br>LEROY KING ) | CR. NO. H-09-342<br>Hon. David Hittner<br>Magistrate Frances Stacy |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney Michael D. Sydow, of Sydow & McDonald, LLP, is entering a limited appearance in this matter for Defendant Robert Allen Stanford for the purpose of receiving notices and orders from the Court with regard to the Expedited Motion to Permit New Attorneys to Appear for a Limited Purpose.

August 4, 2009                                      Respectfully submitted,


/s/ Michael D. Sydow
Michael D. Sydow (Texas No. 19592000)
Sydow & McDonald, L.L.P.
4400 Post Oak Parkway
Suite 2360
Houston, TX 77027
Tel.: 713-622-9700
Fax: 713-552-1949

*Attorney for Defendant R. Allen Stanford*

## CERTIFICATE OF FILING

I certify that on August 4, 2009, the foregoing Notice of Appearance was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/ Michael D. Sydow
Michael D. Sydow