IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America, | § | |
|     Plaintiff(s), | § | |
| | § | |
| v. | § | CR NO. H-09-342 (01) |
| | § | |
| Robert Allen Stanford, | § | |
| | § | |
|     Defendant(s). | § | |

ORDER

On August 4, 2009 a Notice of Appearance was filed on behalf of Defendant Robert Allen Stanford by attorney Michael D. Sydow. It is hereby

ORDERED that the Notice of Appearance is stricken from the record as the attorney had no prior approval by the Court to enter an appearance in this matter. It is further ORDERED that Michael D. Sydow shall have no further involvement in the Court proceedings in this case.

SIGNED this the __6__ day of August, 2009.

DAVID HITTNER
U.S. District Judge