IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America | § § § | |
| v. | § | CR NO. H-09-342 (01) |
| Robert Allen Stanford | § § § | |

## ORDER

IT IS HEREBY

ORDERED that a status conference will be held as to Defendant Robert Allen Stanford only on the issue of counsel on Thursday, August, 27, 2009 at 9:00 a.m. Defendant Stanford and his counsel of record must be present.

SIGNED this the __24__ day of August, 2009.

_____
DAVID HITTNER
U.S. District Judge