UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

AUG 24 2009

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Case Number | 09-cr-342 |
|---|---|---|---|
| United States of America ||||
| *versus* ||||
| Robert Allen Stanford, Laura Pendergest-Holt; Gilberto Lopez; Mark Kuhrt; and Leroy King ||||

This lawyer, who is admitted to the State Bar of _____Massachusetts_____:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Paul E. Pelletier<br>Department of Justice<br>1400 New York Avenue, NW<br>Washington, D.C. 20530<br>(202) 514-7021<br>MA 393515 |
|---|---|

Seeks to appear as the attorney for this party:

| United States of America ||
|---|---|
| Dated: 8·21·09 | Signed: *[signature]* |

| COURT USE ONLY: The state bar reports that the applicant's status is: __Active__. ||
|---|---|
| Dated: 8/25/09 | Signed: *[signature]*<br>Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Dated: _____     _____
                                   United States District Judge