JUDGE __DAVID HITTNER__   CLERK, U. S. DISTRICT COURT
CASE MANAGER __ELLEN ALEXANDER__   RPTR/~~TAPE~~ __Anita Manley__   SOUTHERN DISTRICT OF TEXAS
LAW CLERK __Bryon Rice__   INTERPRETER __N/A__   FILED 11-17-09
MICHAEL N. MILBY, CLERK
BY DEPUTY __F. Armendar__

TIME _____ begin  _____ end A.M.   __1:30__ begin  __4:40__ end P.M.   DATE __11-17-09__

## CR. NO. __H-09-342__

UNITED STATES OF AMERICA
vs.                                                 __Gregg Costa__ AUSA

| Deft. No. | Deft. Name | | | CJA |
|---|---|---|---|---|
| 01 | Robert Allen Stanford | § | James Kennedy, Kent Schaffer, Mac Secrest (R) | ☐ |
| 02 | Laura Pendergest-Holt | § | Dan Cogdell, Jimmie Ardoin + Chris Flood (R) | ☐ |
| | | § | | ☐ |
| 03 | Gilberto Lopez | § | Jack Zimmerman + Jim Lavine (R) | ☐ |
| 04 | Mark Kuhrt | § | Richard Kuniansky | ☑ |
| | add'l defts. on reverse side | § | | ☐ |

For Lloyds of London: Barry Chasnoff, Neal Lane, McCain Pena, Manuel Singuina

For the Receiver Mr. Janvey: Kevin Sadler

## HEARING

☑ kmhrgh.   Motion hearing held.

☑ ...   Hearing held on __Inst. #139 - Motion for Protective Order,
        Inst. #58 - Motion to Release Funds, and Inst. #101 Motion for__
☐ ...   Evidence presented (exhibits admitted or testimony given) on: __Payment of Fees or in
        the alternative, Stay of Proceedings.__

☑ ...   Order to be entered.

☐ ...   All motions not expressly decided are denied without prejudice to being reurged.

☐ kjytrl.   Jury trial set _____ at _____.

☐ ko.(bnd.)   Deft _____ bond set/reduced to $ _____  ☐ Cash ☐ Surety ☐ 10% ☐ PR.

☐ ...   Deft _____ failed to appear, bench warrant to issue.

☑ ...   Deft __Lopez + Holt / Kuhrt__ bond ☐ continued ☐ forfeited.

☑ ...   Deft __Stanford__ remanded to custody.

OTHER RULINGS __Parties to submit proposed Findings of Fact +
Conclusions of Law by 2/4/09 @ noon.__

Copy to:  USPO                        See reverse