IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | Criminal Action No. H-09-342-1 |
| | § § § | |
| ROBERT ALLEN STANFORD | § | |

ORDER

Pending before the Court is Akin Gump Strauss Hauer & Feld, LLP's Emergency Motion to Quash Robert Bennett's Subpoena Duces Tecum (Document No. 258).

On June 28, 2010, Robert Bennett, counsel of record for R. Allen Stanford, delivered to Akin Gump Strauss Hauer & Feld, LLP, counsel of record for Certain Underwriters at Lloyd's of London and Arch Specialty Insurance Company, a subpoena duces tecum commanding Akin Gump to produce twelve years worth of documents, e-mails, communications, and correspondence related to Akin Gump's representation of Stanford Financial Group by 1:00 PM on June 30, 2010. Akin Gump moves to quash the subpoena on various grounds. Having considered the motion, response, submissions, and applicable law, the Court determines the subpoena duces tecum should be stayed and no action taken upon it until the Court so orders. Accordingly, the Court hereby

ORDERS that the Subpoena Duces Tecum to Akin Gump issued by Robert Bennett, counsel of record for R. Allen Stanford, is hereby STAYED pending further order of this Court.

SIGNED at Houston, Texas, on this __30__ day of June, 2010.

*David Hittner*
DAVID HITTNER
United States District Judge