IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | Criminal Action No. H-09-342-1 |
| ROBERT ALLEN STANFORD | § § § | |

<u>ORDER</u>

Pending before the Court is Akin Gump Strauss Hauer & Feld, LLP's Emergency Motion to Quash Robert Bennett's Subpoena Duces Tecum (Document No. 258).

On June 28, 2010, Robert Bennett, counsel of record for R. Allen Stanford, delivered to Akin Gump Strauss Hauer & Feld, LLP, counsel of record for Certain Underwriters at Lloyd's of London and Arch Specialty Insurance Company, a subpoena duces tecum commanding Akin Gump to produce twelve years of documents, e-mails, communications, and correspondence related to Akin Gump's representation of Stanford Financial Group by 1:00 PM on June 30, 2010. Akin Gump moved to quash the subpoena on various grounds on June 30, 2010. On the same day, the Court stayed the subpoena duces tecum and ordered no action be taken upon it until further order of the Court. Now having considered Akin Gump's motion to quash, the response, submissions, and applicable law, the Court determines the

motion should be granted. Accordingly, the Court hereby

ORDERS that Akin Gump Strauss Hauer & Feld, LLP's Emergency Motion to Quash Robert Bennett's Subpoena Duces Tecum (Document No. 258) is GRANTED. The Court further

ORDERS that the Subpoena Duces Tecum to Akin Gump issued by Robert Bennett, counsel of record for R. Allen Stanford, is hereby QUASHED.

SIGNED at Houston, Texas, on this __15__ day of July, 2010.

_____
DAVID HITTNER
United States District Judge