# Bea Sosa-Morris

| | |
|---|---|
| **From:** | Bob Bennett |
| **Sent:** | Friday, June 25, 2010 3:13 PM |
| **To:** | Ashley Tse; Bea Sosa-Morris; Bob Bennett; Chris H. Griffin; Evelyn Saravia; Kate Gorry; Lane Parish; Nhan Nguyen; Nicholas Coons; Patricia Herbert; Reena Bhushan; Scott Frase; Tom Hefele; Xiomara Collins |
| **Subject:** | FW: Akin Gump Invoices |
| **Attachments:** | Stanford - Invoice.pdf |

**From:** Pena, McLean [mailto:mpena@akingump.com]
**Sent:** 2010-06-25 3:02 PM
**To:** Bob Bennett
**Cc:** Chasnoff, Barry; Lane, Neel
**Subject:** Akin Gump Invoices

Mr. Bennett,

Please find attached the remaining invoices for Akin Gump's work for the Stanford Entities. You will notice the heading on the invoices is corrupted. This issue arises because the invoices are many years old and are stored on an old accounting system the firm no longer uses. The client information is still in place, as are the time entry descriptions, time keeper names, and the total fees.

Thank you,
McLean Pena

McLean Peña
Akin Gump Strauss Hauer & Feld
300 Convent Street Suite 1600
San Antonio, Texas 78205
210.281.7016 - direct
210.224.2035 - fax
mpena@akingump.com

IRS Circular 230 Notice Requirement: This communication is not given in the fo

The information contained in this e-mail message is intended only for the pers

