## DECLARATION OF CHRISTOPHER GRIFFIN

**THE STATE OF TEXAS**             §
                                   §
**THE COUNTY OF HARRIS**           §

1. My name is Christopher Griffin. I am over 18 years of age, of sound mind, fully capable of making this declaration, and I have personal knowledge of the facts stated herein.

2. I graduated from the University of Houston in 2005 with a degree in Communications-Media Production. I am currently working on a JD from South Texas College of Law in Houston, Texas. I do not purport to be an accountant or a statistician, nor do I purport to have any experience in such fields.

3. I work as a Law Clerk with the Bennett Law Firm and have been employed by said firm since June 7, 2010.

4. I have been able to review documents consisting of the publicly filed Requests for Interim Fees of the Receiver in Robert Allen Stanford's civil matter, Case 3:09-CV-00298-N.

5. From my independent review of the billing statements attached to the publicly filed Receiver Requests for Interim Fees, I was able to discern from the various timesheets submitted by the Receiver and the numerous agents working with or for the Receiver the tasks that were performed in carrying out the general duties of the Receivership.

6. Many of the tasks performed by the Receiver and its agents provide task-descriptions that note correspondence, collaboration, and cooperation with various governmental agencies such as the DOJ, the SEC, and the FBI - governmental agencies involved in the investigation and prosecution of Robert Allen Stanford. It should be noted, however, that many of these same task-descriptions also note other work done that is not directly related to these various governmental agencies. Thus, in some cases, it is difficult to discern the exact amount of time allotted towards collaboration with the



governmental agencies when the task-description for a single billing entry contains multiple tasks both related and unrelated to such work.

7. Nevertheless, based on my review of the publicly filed Receiver Requests for Interim Fees consisting of the billing statements of the Receiver and its numerous agents, it is my belief that the figures shown in this Motion – which reflect the aggregated number of hours billed by the Receiver and its agents for work done in conjunction with the various governmental agencies involved in the Government's investigation and prosecution of Robert Allen Stanford – are reasonably accurate.

I DECLARE under penalty of perjury that the foregoing is true and correct.

Executed on October 4, 2010

_____
Christopher Griffin