UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | CR. NO.4:09-342-01 |
| | § § § | |
| ROBERT ALLEN STANFORD | § | |

## ORDER

Having considered Defendants' Motion for leave to file a Motion for Continuance that exceeds the 20-page limit, the Court being fully advised, and good cause shown:

**IT IS HEREBY ORDERED** that Defendants' Motion to Exceed Page Limit is **GRANTED**.

**IT IS ORDERED** that Defendant has __23__ pages for his Motion for Continuance.

**SIGNED** at Houston, TX, this __5__ day of September, 2010.

_____
Honorable Judge DAVID HITTNER