UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | C.R. Action No.  H-09-342 (01) |
| | § | |
| ROBERT ALLEN STANFORD, | § | |
| Defendant. | § | |

## **O R D E R**

Parties are advised that a hearing will be held on the Emergency Motion for

Criminal Justice Act  Funding Under 18 U.S.C. § 3006(A) for Stanford's Criminal

Defense and Designation of Co-Lead Counsel on Wednesday,  October 27, 2010

at 10:30 a.m. As a prerequisite to any attorney being appointed under the Criminal

Justice Act, a financial affidavit must be completed and signed by the defendant

and returned to the Court's Case Manager on or before noon on Monday, October

25, 2010.

SIGNED at Houston, Texas, on this the _____ **19** _____ day of  October, 2010.


_____
DAVID HITTNER
UNITED STATES DISTRICT JUDGE