UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § |
| | § CR. NO. 4:09-342-01 |
| v. | § § |
| ROBERT ALLEN STANFORD | § § |

## NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF ROBERT ALLEN STANFORD

TO THE HONORABLE DAVID HITTNER, UNITED STATES DISTRICT JUDGE FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION:

Notice is hereby given of the entry of undersigned as counsel for Robert Allen Stanford (hereinafter "Stanford") in the above-referenced action. Mr. Stephan Cochell and Mr. Christopher Bebel enter their appearance as counsel for Stanford. Mr. Cochell requests that they be served with all pleadings and court papers at the following address: 7026 Old Katy Road, Suite 259, Houston, TX 77024, Telephone: (713) 980 – 4381, Facsimile: (713) 980 – 1179, Email: srcochell@hotmail.com.

Dated: October 25, 2010

Respectfully Submitted By:

*[signature]*

Mr. Stephen Cochell
Texas State BAR No. 24044255

*[signature]*

Mr. Christopher Bebel
Texas State BAR No. 02000600


Mr. Stephen Cochell
Mr. Christopher Bebel
7026 Old Katy Road, Suite 259
Houston, Texas 77024
Telephone: (713) 980 – 4381
Facsimile:  (713) 980 – 1179
Email: srcochell@hotmail.com
            chrisbebel@aol.com


ATTORNEYS FOR DEFENDANT