UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| *Plaintiff* | § | CRIMINAL DOCKET 4:09-342-1 |
| | § | **HONORABLE DAVID HITTNER** |
| vs | § | |
| | § | |
| ROBERT ALLEN STANFORD | § | |
| *Defendant* | § | |

# NOTICE OF APPEAL

*TO THE HONORABLE DAVID HITTNER*:

Robert Allen Stanford appeals to the United States Court of Appeals for the Fifth Circuit from this Court's final judgment of conviction and sentence entered in the above entitled and numbered cause and would show the Court as follows:

1. Robert Allen Stanford appeared on June 14, 2012 before the Honorable Judge David Hittner for sentencing resulting from his convictions by jury.2.

2. Mr. Stanford was by this Court.

3. Robert Allen Stanford files this timely notice of appeal under the Federal Rules of Appellate procedure. *See FED. R. APP. P.* 4(b).

1

Respectfully Submitted,

Scardino & Fazel

/s/ Ali R. Fazel
Ali R. Fazel
State Bar of Texas:  24012611
Sweeney, Coombs & Fredericks Bldg.
1004 Congress St., Third Floor
Houston, Texas 77002
Telephone: (713) 229-9292
Facsimile:  (713) 229-9931

/s/ Robert A. Scardino
Robert A. Scardino
State Bar of Texas:  17719500
Sweeney, Coombs & Fredericks Bldg.
1004 Congress St., Third Floor
Houston, Texas 77002
Telephone: (713) 229-9292
Facsimile:  (713) 229-9931

The McGuire Firm

/s/ *Ken McGuire*
Kenneth W. McGuire
Federal Admission No. 21917
State Bar No. 00798361
P.O. Box 79535
Houston, TX 77279
Telephone:  (713) 223-1558
Facsimile:   (713) 335-3340

John Parras Law Office

/s/ John Parras
**John Parras**
Texas State Bar No. 90001832
Federal No. 23731
1018 Preston, Floor 2
Houston, Texas 77002
(713) 223-9333, telephone
(713) 223-9303, facsimile

ATTORNEYS FOR THE DEFENDANT
**ROBERT ALLEN STANFORD**

## **CERTIFICATE OF SERVICE**

Ali R. Fazel certifies that a true and correct copy of this document has been served on the following parties via electronic filing on February 3, 2012:

**Andrew Howard Warren**
U.S. Department of Justice
1400 New York Avenue NW
Washington, DC 20005
Telephone: 202-305-4002
Email: andrew.warren@usdoj.gov

/s/ Ali R. Fazel
Ali R. Fazel