IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

United States District Court
Southern District of Texas
FILED
JAN 2 0 2016
David J. Bradley, Clerk of Court

No. 12-20411

D.C. Docket No. 4:09-CR-342-1

United States Court of Appeals
Fifth Circuit
FILED
October 29, 2015
Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

ROBERT ALLEN STANFORD, also known as Sir Allen Stanford, also known as Allen Stanford

    Defendant - Appellant

    Appeals from the United States District Court for the
    Southern District of Texas, Houston

Before BENAVIDES, CLEMENT and HIGGINSON, Circuit Judges.

JUDGMENT

    This cause was considered on the record on appeal and the briefs on file.

    It is ordered and adjudged that the judgment of the District Court is affirmed.

Certified as a true copy and issued
as the mandate on Jan 20, 2016

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

January 20, 2016

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

      No. 12-20411    USA v. Robert Stanford
                           USDC No. 4:09-CR-342-1

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

All copies of sealed documents have been shredded.

The copy of the Electronic Record on Appeal in paper form remains in the custody of the defendant-appellant. No original documents were contained therein.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Christina A. Gardner, Deputy Clerk
                                      504-310-7684

cc: (letter only)
    Ms. Lauretta Drake Bahry
    Ms. Renata Ann Gowie
    Mr. Robert Allen Stanford