United States District Court
Southern District of Texas
**ENTERED**
April 07, 2020
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| United States of America, | § |
| | § |
| v. | §    C.R. ACTION H-09-342 (01) |
| | § |
| Robert Allen Stanford, | § |

## ORDER

This Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right. This Court further finds as to any procedural rulings, that Petitioner has not made a substantial showing that reasonable jurists "would find it debatable whether the district court was correct in its procedural ruling." *Beasley v. Johnson*, 242 F.3d 248, 263 (5th Cir.) (quoting *Slack v. McDaniel*, 529 U.S. 473, 484 (2000), *cert. denied,* 534 U.S. 945 (2001). The issues raised here are not debatable among jurists of reason, could not be resolved in a different manner, and do not deserve encouragement to proceed further. *Barefoot v. Estelle*, 463 U.S. 880, 893 n.4 (1983).

This Court finds that a Certificate of Appealability should not issue as to the denial of the petitioner's Rule 59 (e) motion entered on April 10, 2019.

SIGNED at Houston, Texas, on _____Apr 6_____, 2020.

_____
DAVID HITTNER
UNITED STATES DISTRICT JUDGE