United States District Court
Southern District of Texas
**ENTERED**
July 25, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America, | § § § | |
| v. | § § § § | C.R. ACTION NO. 4:09-342 (01) |
| Robert Allen Stanford, | | |

## ORDER

Pending before the Court is the Motion for Compassionate Release (Document # 1577). Having considered the motion and the applicable law, the Court determines that the foregoing motion should be denied. Accordingly, the Court hereby

ORDERS that the Motion for Compassionate Release (Document # 1577) is DENIED.

SIGNED on the ___25___ day of July, 2022.

DAVID HITTNER
United States District Judge